# Court of Appeals
# of the State of Georgia

ATLANTA,   February 25, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0245. GUILLERMO MANRIQUE v. MATRIX FINANCIAL SERVICES CORPORATION.**

This dispossessory case originated in magistrate court. Following an adverse ruling, Guillermo Manrique filed this direct appeal.  However, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751 (406 SE2d 225) (1991). This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See id.; *Westwind Corp. v. Washington Federal Savings & Loan Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990). Ordinarily, we would transfer Manrique's appeal to the  Gwinnett County State court, however, Manrique's notice of appeal is untimely.

Although a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994). The underlying subject matter of this case is the dispossessory matter. See *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  And, pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  The magistrate court's judgment was entered on January 14, 2016, and Manrique filed his application on January 26, 2016, 12 days after the magistrate court's order was entered. Accordingly, the appeal is

untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* __02/25/2016__
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*